**FILED**

May 03 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Najee Izell Ard | **CASE NUMBER:** 3:22-cr-00183 CRB CR |
| **Is This Case Under Seal?** | Yes   No ✔ |
| **Total Number of Defendants:** | 1 ✔   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✔ |
| **Is this a RICO Act gang case?** | Yes   No ✔ |
| **Assigned AUSA (Lead Attorney):** Alethea M. Sargent | **Date Submitted:** 4/28/2022 |

**Comments:**

Associated with Case No. 3:21-mj-71060 MAG

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED

May 03 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

NAJEE IZELL ARD

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 3rd day of

May, 2022.

_Karen L. How_

Clerk

Bail, $ No Process

Joseph C. Spero, Chief Magistrate Judge

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3
4
5
6
7

FILED
May 03 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:22-cr-00183 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: |
| | ) 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; |
| NAJEE IZELL ARD, | ) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

On or about April 29, 2021, in the Northern District of California, the defendant,

NAJEE IZELL ARD,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, namely, six rounds of .40 caliber Winchester brand ammunition, and the ammunition was in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

FORFEITURE ALLEGATION:      (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

NAJEE IZELL ARD,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

    a.   six .40 caliber Winchester brand ammunition casings.

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon exercise of due diligence;
    b.   has been transferred or sold to, or deposited with, a third party;
    c.   has been placed beyond the jurisdiction of the court;
    d.   has been substantially diminished in value; or
    e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

INDICTMENT                                          2

1  All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code,
2  Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

4  DATED: May 3, 2022                                                        A TRUE BILL.

6                                                                             */s/ Grand Jury Foreperson*
                                                                              FOREPERSON
7                                                                             San Francisco, California

8  STEPHANIE M. HINDS
   United States Attorney
9

10  */s/ Alethea M. Sargent*
11  ALETHEA M. SARGENT
    Assistant United States Attorney

INDICTMENT                                              3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Maximum 10 years imprisonment
Maximum $250,000 fine
Maximum 3 years supervised release
$100 special assessment
Forfeiture

## DEFENDANT - U.S

▶ Najee Izell Ard

**DISTRICT COURT NUMBER**
3:22-cr-00183 CRB

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.** 3:21-mj-71060

**Name and Office of Person Furnishing Information on this form**  Stephanie M. Hinds

☒ U.S. Attorney   ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**  Alethea M. Sargent

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   On pretrial release for 3:21-mj-71060 (NDCA)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:    Before Judge:

Comments: